IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                        No.15-mj-2397

JACK R. PATTERSON,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

JACK R. PATTERSON, Defendant, by and through his attorney, Assistant Federal Public Defender Aric G. Elsenheimer, hereby moves this Court for an order allowing him to withdraw as the attorney for Jack R. Patterson, the Defendant in the above matter.

As grounds for this request, counsel for the defendant states:

1. Counsel has learned through investigation into this matter that a conflict exists within the Federal Public Defender's Office. As such, counsel must withdraw as counsel for Mr. Patterson.

2. Should this Court request more information concerning the basis of this motion, counsel respectfully requests an **ex parte** "in-chambers" conference with the Court.

| | |
|---|---|
| I HEREBY CERTIFY THAT on the 13th day of July, 2015, I filed the foregoing electronically through the CM/ECF system, which caused AUSA <u>Sarah Mease</u> to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.<br><br>       /S/ | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br>/s/<br>ARIC G. ELSENHEIMER, AFPD<br>Attorney for Defendant |