FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 15 2015
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              No.15-mj-2397

JACK R. PATTERSON,

    Defendant.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

THIS MATTER having come before the Court on the Federal Public Defender's motion to withdraw as counsel for the Defendant, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that Aric G. Elsenheimer and the Office of the Federal Public Defender are allowed to withdraw as counsel for Jack R. Patterson on the basis that a conflict exists within the Federal Public Defender's Office.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Aric G. Elsenheimer
Assistant Federal Public Defender