IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 OCT -6 PM 4:26

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )  CRIMINAL NO.
)
vs. )  15mj 2397
)
Jack Patterson, )
)
    Defendant. )

## **WAIVER OF GRAND JURY PRESENTMENT**

I, **Jack Patterson**, the above-named Defendant, understand that I have the right under 18 U.S.C. § 1361(b) to have an information or indictment filed against me on the charges brought by the United States within thirty (30) days from the date of my arrest in connection with the charges. I was arrested on **7/8/2015**.

Having discussed this right with my attorney, and understanding the nature of this right, I hereby knowingly, freely, and voluntarily waive the right to have an indictment or information filed within **30** days of my arrest to facilitate further negotiations with the Government regarding a possible plea.

I hereby request a continuance of the Grand Jury presentment of the case for an additional period of time not to exceed **90** days. I understand there will be a **90** day period of excludable time for the purpose of determining compliance with the speedy indictment provision for 18 U.S.C. § 6131(b). I further request that an order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)()(7)(A).

If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a Grand Jury at a later date.

_____
NAME
Defendant

Date: 9/23/15

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent that I believe it is in my client's best interest to agree to a waiver of Grand Jury presentment.

_____
NAME
Attorney for Defendant

Date: 9/23/15

## ORDER

The Court determines that this Waiver of Grand Jury Presentment was entered into voluntarily, upon the advice of counsel. It is therefore ordered that the period for indicting the defendant, __90 days__, shall be excluded from the speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A) as such request for a continuance is in the interest of justice and outweighs the interest of the public and the defendant in a speedy trial.

_____
UNITED STATES MAGISTRATE JUDGE